**91–438.** State v. Keenan. *Cuyahoga County*, No. 57565. On motion to vacate. Motion denied.

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co., Ltd. *Summit County*, No. 14597. On motion to strike reply brief, and motion to strike and/or dismiss cross-appellant's Propositions of Law Nos. III and V. Motions overruled.

MOYER, C.J., and H. BROWN, J., would grant the motion to strike reply brief.

RESNICK, J., would grant the motion to strike cross-appellant's Propositions of Law Nos. III and V.

**91–1099.** A & B Refuse Disposers, Inc. v. Bd. of Ravenna Twp. Trustees. *Portage County*, No. 90–P–2196. On motion for leave to file *amicus* of Stark County Prosecuting Attorney. Motion granted.

**91–1336.** Bobersky v. Youngstown. *Mahoning County*, No. 90 C.A. 52. On motion for leave to supplement the record. Motion denied.

**91–1351.** State v. Schaim. *Hamilton County*, No. C–900011. On motions for leave to file *amicus* of Cincinnati Speech and Hearing Center and Ohio Association of Criminal Defense Lawyers. Motions granted.

HOLMES, J., dissents.

RESNICK, J., not participating.

**91–1417.** State v. Brown. *Stark County*, No. CA–8338. On motion for appointment of counsel. Motion granted and the Ohio Public Defender is appointed.

**91–1507.** Ohio Chamber of Commerce v. State Emergency Response Comm. *Franklin County*, Nos. 91AP–173 and 91AP–174. On motions for leave to file *amicus* of Ohio Association of Professional Fire Fighters and Ohio Fire Chiefs' Association, Inc. Motions granted.

**91–1589.** State v. Van Gundy. *Franklin County*, Nos. 90AP–473, 90AP–475, 90AP–477 and 91AP–474. On motions for leave to file *amicus* of National Association of Criminal Defense Lawyers and Ohio Association of Criminal Defense Lawyers. Motions granted.

HOLMES, J., dissents.

**91–1748.** State v. Brown. *Stark County*, No. CA–8392. On motion for appointment of counsel. Motion denied.

**91–1860.** State, ex rel. Heath, v. Ohio State Medical Bd. *Franklin County*, No. 91AP–514. On motion for leave to file additional record instanter. Motion granted.

**91–2195.** Moore v. Jock. *Franklin County*, No. 91AP–102. On motion for leave to file memorandum in support instanter. Motion granted.

**91–2335.** Walsh v. Jagadeesan. *Stark County*, No. CA–8407. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**91–2396.** Centex Telemanagement, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 89–848–TP–CSS. On motion for leave to intervene of Ohio Bell Telephone Company. Motion granted.

**91–2550.** State v. Simone. *Montgomery County*, No. 12169. On motion for leave to file delayed appeal. Motion granted.

**91–2554.** State v. Dile. *Lucas County*, No. L–84–099. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, J., not participating.

**92–26.** Kleve v. Bd. of Green Twp. Trustees. *Hamilton County*, Nos. C–910717 and C–910718. On motion for stay. Motion denied.